1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.   21CR3445-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. |  |
| DAMIKA GOODENOUGH, |  |
| Defendant. |  |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting in this matter now scheduled for June 24, 2022 is **Granted**; the hearing shall be continued until Friday, August 12, 2022 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   June 21, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge